ANGELO TARDONE, Appellant, v. IMPORTERS AND EXPORTERS INSURANCE COMPANY OF NEW YORK, Respondent.— Order reversed on the law and motion granted, retaxing and allowing costs at $180.50, without costs of the motion or of this appeal to either party, on the ground that the previous order of the trial court did not prevent the taxing of costs as usual after a second trial. All concur, except Crouch and Edgcomb, JJ., who dissent only as to the items of costs of the first trial, viz., forty dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HENRY L. MARSH and Others, as Sewer Commissioners of Sewer District No. 2 in the Town of Brighton, Monroe County, New York, Respondents, v. STANDARD ACCIDENT INSURANCE COMPANY, Defendant, and GEORGE G. JOSH, INCORPORATED, Appellant.— Order modified on the law and as modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [141 Misc. 484.]

In the Matter of the Application of PARK LANE APARTMENTS, INCORPORATED, Appellant, against PARTON SWIFT and Others, Constituting the Zoning Board of Appeals of the City of Buffalo, Respondents.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROBERT DWYER, an Infant, etc., Respondent, v. THOMAS BAIRD and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts on the ground that the verdict is against the weight of the evidence as to negligence under the law of the case as laid down by the court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN DWYER, Respondent, v. THOMAS BAIRD and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts on the ground that the verdict is against the weight of the evidence as to negligence under the law of the case as laid down by the court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

STANDARD ACCIDENT INSURANCE COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law and facts. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

UNION TRUST COMPANY OF ROCHESTER, as Committee of the Property of MALINA K. VOGAN, Respondent, v. LOTTA F. CALHOUN, Appellant.— Judgment modified on the law by providing that the accounting should include all the property of the incompetent which came into the possession of the defendant, including bank accounts, and by enjoining the defendant from disposing of the avails of such bank accounts in whatever form they may be, pending the final judgment herein, and by striking out the provisions directing payments by defendant, and as so modified the judgment is affirmed, without costs of this appeal to either party. Finding of fact No. 39 disapproved and reversed and new conclusions of law made. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

UNION TRUST COMPANY OF ROCHESTER, as Committee of the Property of MALINA K. VOGAN, Respondent, v. LOTTA F. CALHOUN, Appellant.— Upon reargument,

appeal dismissed as academic in view of the decision made on the appeal from the judgment. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RALPH DEMAS, as Administrator, etc., of CLARENCE DEMAS, Deceased, Respondent, v. JOHN WISNIES, Appellant.*— Judgment and order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ZALLIE N. BOOTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES BIRD, Appellant, v. MORRIS ARMON and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE V. WEBSTER, Respondent, v. NORMAN C. HAWES, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SIDNEY K. JOHNSON, Appellant, v. THOMAS BREEN COMPANY, Appellant, Impleaded with NATIONAL SURETY COMPANY, Respondent, and STATE OF NEW YORK and Others, Defendants.— Motion granted and appeal taken by plaintiff dismissed as to the defendants J. L. Mott Company, Incorporated, Grimes Brothers Casting Company, Charles Millar & Son Company, Rumsey Pump Company, Limited, and Reading Steel Casting Company, Incorporated. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [See 143 Misc. 908.]

In the Matter of the Estate of LYDIA A. SLEEPER, Deceased.— Decree modified on the law and facts so as to provide that the claim of the daughter be wholly disallowed, on the ground that there is nothing to take this case out of the general rule that this was a gratuitous service, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MICHAEL McCORMICK, Appellant, v. FRANK ORLOWSKI, Respondent.— Order of Special Term and of Buffalo City Court reversed, with ten dollars costs and disbursements in this court and also at Special Term, and motion denied, with ten dollars costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ST. REGIS PAPER COMPANY, Respondent, v. HARRISVILLE FILE FOLDER CORPORATION, Appellant, and PHILIP L. HANO, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

ST. REGIS PAPER COMPANY, Respondent, v. HARRISVILLE FILE FOLDER CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

R. M. MYERS & COMPANY, INCORPORATED, Respondent, v. DELTA ASBESTOS COMPANY, INCORPORATED, and Others, Appellants.— Order modified by striking out certain allegations of the complaint and as so modified affirmed, without

*Affd., 259 N. Y. 661.